# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                **CASE NO. 16-** 10051 **-01-** JTM

**JUAN M. RAMIREZ, JR.,**

      **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT ONE

**POSSESSION, WITH INTENT TO DISTRIBUTE,
A CONTROLLED SUBSTANCE
21 U.S.C. 841(a)(1) and (b)(1)(C)**

On or about March 27, 2015, in the District of Kansas,

**JUAN M. RAMIREZ, JR.**,

the defendant, did knowingly and intentionally possess, with intent to distribute, 15.9 grams of a mixture or substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## FORFEITURE NOTICE

Upon conviction of the offense in Count 1 the defendant, **JUAN M. RAMIREZ, JR**., shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition and accessories involved in the commission of the offense, including, but not limited to:

1.   One Colt, .45 caliber Night Defender pistol, serial number NDF1218.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

March 29, 2016                              s/   Foreperson
DATE                                        FOREPERSON OF THE GRAND JURY


 s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 10866
Barry.Grissom@usdoj.gov

It is requested that the trial be held in Wichita, KS